AO 245C   NNY(Rev. 10/05) Amended Judgment in a Criminal Case                                               (NOTE: Identify Changes with Asterisks (*))
Sheet 1

# UNITED STATES DISTRICT COURT

__Northern__ District of __New York__

| UNITED STATES OF AMERICA | AMENDED JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| Jenna Bronson | Case Number: DNYN505CR000428-002 |
| | USM Number: 13496-052 |
| | Jarrod W. Smith |
| | 206 North Townsend Street |
| | Syracuse, New York 13202 |
| | (315) 476-6487 |
| | Defendant's Attorney |

**Date of Original Judgment:** 05/12/06
(Or Date of Last Amended Judgment)

**Reason for Amendment:**

☐ Correction of Sentence on Remand (18 U.S.C. 3742(f)(1) and (2))
☐ Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))
☐ Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(a))
☐ Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

☐ Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e))
☐ Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))
X Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))
☐ Direct Motion to District Court Pursuant ☐ 28 U.S.C. § 2255 or ☐ 18 U.S.C. § 3559(c)(7)
☐ Modification of Restitution Order (18 U.S.C. § 3664)

**THE DEFENDANT:**

X pleaded guilty to count(s)   1 of the Indictment on January 12, 2006.
☐ pleaded nolo contendere to count(s)   _____ which was accepted by the court.
☐ was found guilty on count(s)   _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 21 U.S.C. § 846 | Conspiracy to Possess With Intent to Distribute and to Distribute Cocaine Base | 08/17/05 | 1 |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed in accordance with 18 U.S.C. § 3553 and the Sentencing Guidelines.

☐ The defendant has been found not guilty on count(s)   _____
X Count(s)   2 and 3   ☐ is   X are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

September 24, 2008
Date of Imposition of Judgment

*/s/ Frederick J. Scullin*
Frederick J. Scullin, Jr.
Senior United States District Court Judge

September 29, 2008
Date

AO 245C   NNY(Rev. 10/05) Amended Judgment in a Criminal Case
Sheet 2 — Imprisonment

(NOTE: Identify Changes with Asterisks (*))

Judgment — Page  2  of  6

DEFENDANT: Jenna Bronson
CASE NUMBER: DNYN505CR000428-002

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

*60 months.

X   The court makes the following recommendations to the Bureau of Prisons:

The Court recommends that the defendant be designated to a facility nearest to her home in Cold Brook, New York.

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

☐   at _____ ☐ a☐ p.m.  on _____.

☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐   before 2 p.m. on _____.

☐   as notified by the United States Marshal.

☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

Case 5:05-cr-00428-FJS   Document 64   Filed 09/29/08   Page 3 of 6

AO 245C    NNY(Rev. 10/05) Amended Judgment in a Criminal Case
           Sheet 3 — Supervised Release
                                                                                    (NOTE: Identify Changes with Asterisks (*))
                                                                                    Judgment—Page ___3___ of ___6___

DEFENDANT:       Jenna Bronson
CASE NUMBER:     DNYN505CR000428-002

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:

4 years.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐  The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

X   The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

X   The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Deselect, if inapplicable.)

☐  The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐  The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement; and

14) the defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

AO 245C    NNY(Rev. )          Amended Judgment in a Criminal Case
           Sheet 3C –          vised Release                                    (NOTE: Identify Changes with Asterisks (*))

Judgment—Page __4__ of __6__

DEFENDANT:        Jenna Bronson
CASE NUMBER:      DNYN505CR000428-002

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant        participate in a program for substance abuse which shall include testing for drug and/or alcohol use and
   may include in       ent and/or outpatient treatment. The program shall be approved by the United States Probation Office.

2. The defendant        ll contribute to the cost of any evaluation, testing, treatment and/or monitoring services rendered in an
   amount to be de      mined by the probation officer based on the defendant's ability to pay and the availability of third party
   payments.

## DEFENDANT S ACKNOWLEDGMENT OF APPLICABLE CONDITIONS OF SUPERVISION

Upon a finding of      iolation of probation or supervised release, I understand that the court may (1) revoke supervision,
(2) extend the ter      supervision, and/or (3) modify the conditions of supervision.

The conditions of       ervision have been read to me. I fully understand the conditions and have been provided a copy
of them.

_____          _____
Defendant                                Date


_____          _____
U.S. Probation Officer/Designated Witness   Date

AO 245C    NNY(Rev.)    Amended Judgment in a Criminal Case
           Sheet 5 -    Criminal Monetary Penalties

(NOTE: Identify Changes with Asterisks (*))

Judgment — Page  5  of  6

DEFENDANT:
CASE NUMBER: DNYN505CR000428-002

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ | $ Waived | $ N/A |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|

**TOTALS**    $ _____    $ _____

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

  ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245C    NNY(Re        nended Judgment in a Criminal Case
           Sheet 6 -     e of Payments                                    (NOTE: Identify Changes with Asterisks (*))

Judgment — Page __6__ of __6__

DEFENDANT:     nna Bronson
CASE NUMBER:   NYN505CR000428-002

# SCHEDULE OF PAYMENTS

Having assessed the     nt's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**  **X**  In full im     y; or

**B**  ☐  Lump su:       nt of $ _____ due immediately, balance due

    ☐  not l       : _____ , or
    ☐  in a        with ☐ D,   ☐ E,   ☐ F, or   ☐ G below; or

**C**  ☐  Payment       immediately (may be combined with   ☐ D,   ☐ E, or   ☐ G below); or

**D**  ☐  Payment       _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**E**  ☐  Payment       _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
       term of s       months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
                       n; or

**F**  ☐  Paymen:        e term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
       imprison:       e court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**G**  ☐  Special i      s regarding the payment of criminal monetary penalties:

Unless the court ha      y ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during
imprisonment. A          l monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial
Responsibility Pro      made to **Lawrence K. Baerman, Clerk, U.S. District Court, Federal Bldg., P.O. Box 7367, 100 S. Clinton
Street, Syracuse,         1-7367,** unless otherwise directed by the court, the probation officer, or the United States attorney. If a victim
cannot be located.      tion paid to the Clerk of the Court for that victim shall be sent to the Treasury, to be retrieved if and when the
victim is located.

The defendant sha.     credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Sev

    ☐  Defenda:      Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount,
       and corr          payee, if appropriate.

    ☐  The C          ce that this case involves other defendants who may be held jointly and severally liable for payment of all or part
       of the r           dered herein and may order such payment in the future.

☐  The defenda         the cost of prosecution.

☐  The defenda        y the following court cost(s):

☐  The defend         the defendant's interest in the following property to the United States:

Payments shall          the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal,(5) fine
interest, (6) cor          tution, (7) penalties, and (8) costs, including cost of prosecution and court costs.